IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUBEN COLMENERO DURAN,　　　　　　　　No.　CIV.S-04-2719 GEB DAD PS

　　　　　Plaintiff,

　　v.　　　　　　　　　　　　　　　　<u>ORDER</u>

INS,

　　　　　Defendant.
_____/

　　　　　By order filed May 23, 2005, plaintiff was directed to show cause in writing within twenty (20) days why this case should not be dismissed for lack of subject matter jurisdiction.  Plaintiff, who is proceeding pro se, has filed a request for extension of time, explaining that he needs additional time to collect certain documents in support of his response to the order to show cause.

　　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　　1.　Plaintiff's request for extension of time is granted. Plaintiff shall have up to and including **July 13, 2005**, to show cause in writing why this case should not be dismissed for lack of subject

1

1  matter jurisdiction.  Failure to timely file the required writing
2  will result in a recommendation of dismissal.
3           2.  The Clerk of the Court is directed to deliver a copy of
4  this order to the attention of Audrey Hemesath at the Office of the
5  United States Attorney for the Eastern District of California.
6  DATED: June 21, 2005.

```
                                   _____
                                   DALE A. DROZD
                                   UNITED STATES MAGISTRATE JUDGE
```

DAD:th
DDad1\orders.prose\duran2719.eot

2