IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUBEN COLMENERO DURAN,                NO.  CIV.S-04-2719 GEB DAD PS

        Plaintiff,

    v.                                  FINDINGS AND RECOMMENDATIONS

INS,

        Defendant.
_____/

        By an order filed May 23, 2005, plaintiff was ordered to show cause in writing within twenty days why this case should not be dismissed for lack of subject matter jurisdiction and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  On June 22, 2005, plaintiff was granted an extension of time up to and including July 13, 2005, in which to respond to the court's order.  The time period has now expired, and plaintiff has not responded to the court's order.  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

/////

1

1  These findings and recommendations are submitted to the
2 United States District Judge assigned to the case, pursuant to the
3 provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being
4 served with these findings and recommendations, plaintiff may file
5 written objections with the court.  Such a document should be
6 captioned "Objections to Magistrate Judge's Findings and
7 Recommendations."  Plaintiff is advised that failure to file
8 objections within the specified time may waive the right to appeal
9 the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th
10 Cir. 1991).
11 DATED: July 28, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

15 DAD:lg
orders/prose/duran2719.f&r.dism

2